IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DAVID SCHWARTZ, et al.** | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | Civil No. PJM 07-1679 |
| | * | |
| **J.J.F. MANAGEMENT SERVICES, INC., et al.** | * | |
| | * | |
| | * | |
| Defendants | * | |

**FINAL ORDER OF DECLARATORY JUDGMENT**

The Court having been requested by Plaintiffs to issue a Declaratory Judgment in this case, and taking into account the jury's findings herein and for the reasons stated on the record, it is, this 23rd day of September, 2010 hereby

**ADJUDGED, ORDERED and DECREED as follows:**

1. An actual controversy exists as between the parties, which is real, definite and concrete, touching their legal relations;

2. The amount in controversy (*i.e.* the value of the rights to be protected), exceeds the $75,000 amount-in-controversy requirement required for purposes of diversity jurisdiction;

3. Plaintiffs have a franchise agreement with Rent-A-Wreck of America, Inc. ("RAWA") and/or Bundy American, LLC or their successors in interest;

4. An exclusive, royalty-free franchise exists in favor of Plaintiffs, and Defendants shall not grant any other "Rent-A-Wreck" franchise, nor open

or allow to operate, any other operation owned by or affiliated with Defendants, in Plaintiffs' West Los Angeles territory defined and outlined in the February 8, 1985 letter (particularly Paragraph #7 therein) and map, collectively attached hereto as Exhibit #1 and incorporated by reference;

5. Plaintiffs have the right to use the trade name and trademark Rent-A-Wreck and to receive the same benefits as other RAWA franchisees (including, but not limited to, being carried as a franchisee on Defendants' websites and in their national advertising campaigns to the same extent as any other RAWA franchisee), but without the obligations of a franchisee;

6. Plaintiffs shall enjoy the aforesaid rights and benefits without paying fees or royalties to Defendants; and

7. The existence of the rights outlined above in favor of Plaintiffs shall bind the parties (including the parties' successors or assigns or any person or entity acting on any of the parties' behalf) for the lifetime of Plaintiff David S. Schwartz.

The rights and duties of the parties having been declared, the Clerk of the Court is directed to **CLOSE** this case, subject to any appeals the parties may take.

                                                      **/s/**
                                     **PETER J. MESSITTE**
                              **UNITED STATES DISTRICT JUDGE**